# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT JACKSON

| | |
|---|---|
| Hubert Ray Matthews, Sr., as Power of Attorney of Hubert Ray Matthews, Jr., an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>Kindred Healthcare, Inc.; Kindred Healthcare Operating, Inc.; Kindred Nursing Centers Limited Partnership and Quentin J. Sahly, in his capacity as Administrator of Huntingdon Health and Rehabilitation Center,<br><br>Defendants. | CASE NO. 1:05-CV-01091-JDT |

## ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO FILE OUT OF TIME AN EXHIBIT TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

This matter came before the Court on Defendants Motion For Permission to File Out of Time an Exhibit to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment. The Court having considered Defendants' Motion finds that Defendants' Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants' Motion For Permission to File Out of Time an Exhibit to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment is GRANTED.

Dated at Jackson, Tennessee, this 28th day of April, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

{08452_00/0457/00680680.DOC.}

_____
JUDGE  *James D. Todd*

Cameron C. Jehl, Esq.
425 West Capitol Avenue, Suite 3500
Little Rock, Arkansas 72201
(501) 371-9903
(501) 371-9905

*Attorney for Plaintiff*

F. Laurens Brock, Esq.
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402

*Attorney for Defendants*

{08452_00/0457/00680680.DOC.}   2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01091 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable James Todd
US DISTRICT COURT