IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HUBERT RAY MATTHEWS, SR., as Power of Attorney of Hubert Ray Matthews, Jr., an incapacitated person, ) ) ) ) | |
| Plaintiff, ) | |
| VS. ) | No. 05-1091-T-An |
| KINDRED HEALTHCARE, INC., et al., ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING MOTIONS TO STAY

Both parties have filed motions to stay the action [Docket #s 17, 19]. Plaintiff moves the court to stay the action until the motion to remand has been decided, while Defendant has moved to stay the action pending alternate dispute resolution. For good cause shown, the motions to stay are GRANTED. The action will be stayed sixty (60) days to allow alternate dispute resolution to proceed. The parties are directed to notify the court if the matter is resolved prior to that time. At the end of the sixty-day period, if the matter has not been resolved, Defendant will be allowed fifteen (15) days in which to respond to Plaintiff's

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/15/05

motion to remand.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

14 June 2005
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CV-01091 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Paul Newmon
 99 Court Square, STE 103
Huntingdon, TN 38344

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Richard E. Circeo
WILKES & MCHUGH
119 S. Main Street
Ste. 450
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

T. Ryan Malone
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable James Todd
US DISTRICT COURT