IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HUBERT RAY MATTHEWS, SR., )<br>as Power of Attorney of Hubert Ray )<br>Matthews, Jr., an incapacitated person, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KINDRED HEALTHCARE, INC., et al., )<br>)<br>Defendants. ) | NO.: 05-1091-T-An |

## ORDER DENYING MOTION TO AMEND AND SUPPLEMENT COMPLAINT

Before the Court is Plaintiff's Motion to Amend and Supplement Complaint filed on December 15, 2005.

On December 7, 2005 United States District Judge James D. Todd entered an Order Granting Plaintiff's Motion to Remand pending a ruling on the attorney fee issue and the order to show cause. As such, the Motion to Amend and Supplement Complaint is **DENIED** as moot and without prejudice to re-filing in state court.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 19, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:05-CV-01091 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Paul Newmon
 99 Court Square, STE 103
Huntingdon, TN 38344

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

T. Ryan Malone
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Richard E. Circeo
WILKES & MCHUGH
119 S. Main Street
Ste. 450
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT